**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTHONY J. CIRRUZZO, et al.,**

    **Plaintiffs,**

v.                                           Case No.  **8:09-cv-2395-T-30TBM**

**SANTO STEVEN BIFULCO, M.D., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Transfer Venue (Dkt. 7), Defendants' Motion to Dismiss (Dkt. 11), Defendants' Alternative Motion for a More Definite Statement And to Strike Scandalous and Immaterial Allegations (Dkt. 12), and Plaintiffs' responses in opposition to those motions.  A hearing was held on these motions on July 27, 2010.  For the reasons stated on the record, it is

ORDERED AND ADJUDGED that:

1. Defendants' Motion to Transfer Venue (Dkt. 7) is **DENIED**.

2. Counts One for Defamation and Count Two for Defamation by Implication are stricken from the Amended Complaint.  Plaintiffs have **twenty (20) days** from the entry of this Order to file a second amended complaint.

3. Defendants' Motion to Dismiss (Dkt. 11) and Alternative Motion for a More Definite Statement or to Strike Scandalous and Immaterial Allegations (Dkt. 12) are **DENIED as moot**.

4. The parties shall confer and file a Case Management Report within twenty (20) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2395.hearing order.frm